IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JAMARRIS LATUAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-068 |
| | ) | |
| JACOB BEASLEY Deputy Warden of Security and JORDAN WICHER, Deputy Warden of Security, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| JAMARRIS LATUAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-057 |
| | ) | |
| JACOB BEASLEY and JORDAN WICKER, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On September 1, 2020, Plaintiff, an inmate at Telfair State Prison ("TSP"), submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. <u>Williams v. Beasley</u>, 3:20-CV-057, doc. no. 1 (S.D. Ga. Sept. 1, 2020). The Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP") and on September 29, 2020, Plaintiff returned his Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account. <u>Id.</u>, doc. nos. 3-5. On that same day, Plaintiff submitted to the Court for filing another complaint brought pursuant to § 1983. <u>Williams v. Beasley</u>, 3:20-CV-068, doc. no. 1 (S.D. Ga. Sept. 29, 2020). It appears from the face of each filing that Plaintiff has merely filed another complaint

brought pursuant to 42 U.S.C. § 1983 containing the same statement of facts and basis for relief. Indeed, Plaintiff continues to assert his June 28, 2020 stabbing was a result of inadequate security measures at TSP. Compare Williams v. Beasley, 3:20-CV-057, doc. no. 1, pp. 5-7 with Williams v. Beasley, 3:20-CV-068, doc. no. 1, pp. 4-5.

The only discernable difference appears to be that Plaintiff provided additional factual details related to his underlying claims in his September 1st complaint. Compare Williams v. Beasley, 3:20-CV-057, doc. no. 1, pp. 5-7 with Williams v. Beasley, 3:20-CV-068, doc. no. 1, pp. 4-5. Moreover, Plaintiff filed a motion to proceed IFP in each case, meaning that Plaintiff would be requesting to pay a total of $700 in installments rather than $350. Given the confusing state of the docket in these two cases, Plaintiff shall have fourteen days from the date of this Order to notify the Court whether he intended to bring two separate cases and be responsible for two filing fees. The Court **DIRECTS** the **CLERK** to file this Order, and any response from Plaintiff, in both cases captioned above. Should Plaintiff fail to respond to this Order, (1) the Court will presume Plaintiff intended to open only one case, (2) case number 3:20-CV-057, the first case filed, will proceed in the normal course of business, and (3) case number 3:20-CV-068 will be dismissed

SO ORDERED this 1st day of October, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA